**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA., <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH OF MASSACHUSETTS; MASSACHUSETTS BOARD OF HIGHER EDUCATION; NOE ORTEGA, Ex Officio, Massachusetts Commissioner of Higher Education and Secretary to the Board of Higher Education, in his official capacity, <br><br> Defendants. | CIVIL ACTION <br> NO. 1:26-cv-12952-MPK |

## ASSENTED-TO MOTION TO EXTEND THE DEADLINE FOR THE COMMONWEALTH OF MASSACHUSETTS' RESPONSE TO THE COMPLAINT

Defendant, the Commonwealth of Massachusetts ("Massachusetts"), respectfully submits this assented-to motion to extend the deadline to respond to the complaint from July 28, 2026, to September 8, 2026. In support of this motion, Massachusetts states the following:

1. On June 29, 2026, the United States filed a complaint against Massachusetts, the Massachusetts Board of Higher Education (the "Board"), and Massachusetts Commissioner of Higher Education Noe Ortega (the "Commissioner") in his official capacity. Dkt. No. 1.

2. The United States served Massachusetts on July 7, 2026.

3. On July 10, 2026, the Board and the Commissioner agreed to waive service.

4. The deadline for Massachusetts' response to the complaint is July 28, 2026.

5. Pursuant to Federal Rule of Civil Procedure 4, the deadline for the Board and the Commissioner to respond to the complaint is September 8, 2026.

6. Massachusetts seeks an extension of time to respond to the complaint until September 8, 2026, in order to file a response in coordination with the Board and the Commissioner.

7. The United States assents to the relief requested in this motion.

WHEREFORE, Massachusetts respectfully requests that this Court extend its time to respond to the complaint to September 8, 2026.

Respectfully submitted,

ANDREA JOY CAMPBELL,
Attorney General of Massachusetts

*/s/ Mikaila Smith*
Mikaila Smith, BBO No. 716293
Natalie Morrissey, BBO No. 709511
Assistant Attorneys General
Michelle Pascucci, BBO No. 690889
State Trial Counsel
Office of the Attorney General
One Ashburton Place
Boston, MA  02108
(617) 727-2200
Mikaila.Smith@mass.gov

Dated: July 10, 2026

2

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that prior to filing this motion I contacted counsel for plaintiff by email on July 10, 2025. Counsel assented to this motion.

/s/ *Mikaila Smith*
Mikaila Smith
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have today, July 10, 2026, served this Motion by ECF.

/s/ *Mikaila Smith*
Mikaila Smith
Assistant Attorney General

Dated: July 10, 2026

3